No. 01–9557.   BATTLE v. ROE, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 01–9561.   LOVERA v. GUIDA, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 01–9565.   TERRY v. OREGON.   Sup. Ct. Ore.   Certiorari denied.

No. 01–9596.   HOLLAND v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 01–9600.   SINCLAIR v. LOUISIANA.   Ct. App. La., 1st Cir.   Certiorari denied.

No. 01–9612.   RENEAU v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 01–9624.   NICOLAISON v. MILCZART ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 01–9627.   MORDOWANEC v. CONNECTICUT.   Sup. Ct. Conn.   Certiorari denied.

No. 01–9641.   FARINA v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 01–9687.   ARRINGTON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   Sup. Ct. Va.   Certiorari denied.

No. 01–9705.   ZEITSCHIK v. UNITED STATES POSTAL SERVICE.   C. A. 2d Cir.   Certiorari denied.

No. 01–9713.   CASTILLE v. COMPLIANCE SOLUTIONS.   C. A. 10th Cir.   Certiorari denied.

No. 01–9738.   MCDOWELL v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS.   C. A. 3d Cir.   Certiorari denied.

No. 01–9899.   LOUDON v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.